1  McGREGOR W. SCOTT
   United States Attorney
2  ROBIN R. TAYLOR
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700





OCT 2 9 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

5

6

7

8                IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,          )    08 MJ 0384 KJM
                                       )    08-SW 0469 KJM
11              Plaintiff,             )
                                       )    APPLICATION FOR UNSEALING
12                                     )    ORDER; AND ORDER
                                       )
13       v.                            )
                                       )
14  YI NIU, aka Wilson,                )
                                       )
15              Defendant.             )
                                       )
16  _____   )

17

18       On October 27, 2008, a search warrant, arrest warrant, and

19  criminal complaint were filed in the above-referenced case.  Since

20  the search warrant and arrest warrants have been executed, it is no

21  longer necessary for the Search Warrant, Arrest Warrant Criminal

22  Complaint, Applications, Affidavits, and related documents to remain

23  sealed. Thus, the government respectfully requests that they be

24  unsealed.

    DATED: October 29, 2008            McGREGOR W. SCOTT
25                                      United States Attorney

26
                                       By /s/ Robin R. Taylor
27                                         ROBIN R. TAYLOR
                                           Assistant U.S. Attorney
28

                              1

1  **Application for Unsealing Order & Order**
   **Page 2**

2

3                                    <u>**ORDER**</u>

4  SO ORDERED:

5  DATED: October 29, 2008

                                     HON. KIMBERLY MUELLER
6                                    United States Magistrate

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                      2