UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR. S-08-530 FCD |
| Plaintiff, | |
| v. | ORDER OF NON-RELATED CASES |
| QI JIN CHEN,<br>    Jimmy Chen | |
| Defendant. | |
| _____/ | |
| UNITED STATES OF AMERICA, | NO. CR. S-08-531 MCE |
| Plaintiff, | |
| v. | |
| RAYMOND MAO, and<br>ELISA CHING, | |
| Defendants. | |
| _____/ | |
| UNITED STATES OF AMERICA, | NO. CR. S-08-532 GEB |
| Plaintiff, | |
| v. | |
| SUNSHINE PASCUAL, | |
| Defendant. | |
| _____/ | |

```
 1  UNITED STATES OF AMERICA,
                                        NO. CR. S-08-533 GEB
 2            Plaintiff,

 3       v.

 4  MARIA PALA BROSNAN,

 5            Defendant.
    _____/
 6  UNITED STATES OF AMERICA,
                                        NO. CR. S-08-534 JAM
 7
              Plaintiff,
 8
         v.
 9
    KYUNG YONG KIM,
10       aka Jim,

11            Defendant.
    _____/
12  UNITED STATES OF AMERICA,

13                                      NO. CR. S-08-535 GEB
              Plaintiff,
14
         v.
15
    DONGHUN JUN,
16
              Defendant.
17  _____/
    UNITED STATES OF AMERICA,
18                                      NO. CR. S-08-536 LKK
              Plaintiff,
19
         v.
20
    JOSE QUEVEDO-MESA,
21       aka Fernando, and
    GRISELDA AVILA,
22
              Defendants.
23  _____/
    UNITED STATES OF AMERICA,
24                                      NO. CR. S-08-537 GEB
              Plaintiff,
25
         v.
26
    YI NIU,
27       aka Wilson

28            Defendant.
    _____/
```

    The undersigned judge declines to relate the above-captioned cases pursuant to Local Rule 83-123(a). Assignment of the matters to the same judge is not likely to effect a substantial savings of judicial effort or other economies. While the actions may involve similar analyses with respect to application of the Sentencing Guidelines and/or loss calculations, the actions involve events specific to each party, the questions of fact are different, the questions of law are not novel, it is not clear that the same result should follow in both actions, and assignment to different judges would not entail substantial duplication of labor.

    Therefore, CR.S-08-531 MCE, CR.S-08-532 GEB, CR.S-08-533 GEB, CR.S-08-534 JAM, CR.S-08-535 GEB, CR.S-08-536 LKK, and CR.S-08-537 GEB, shall not be reassigned to the undersigned judge.

    IT IS SO ORDERED.

DATED: December 15, 2008

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE