1 DWIGHT M. SAMUEL (CA SB# 054486)
A Professional Corporation
2 117 J Street, Suite 202
Sacramento, California 95814-2282
3 916-447-1193

4 Attorney for Defendant
YI NIU,

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-S-08-537 GEB |
|---|---|---|
| | ) | |
| Plaintiff, | ) | STIPULATION AND PROPOSED ORDER CONTINUING STATUS CONFERENCE |
| v. | ) | |
| YI NIU, | ) | |
| Defendant, | ) | |

It is hereby stipulated and agreed to between Yi Niu, by and through counsel Dwight M. Samuel, and United States of America by and through, Robin Taylor, that the status conference presently set for Friday, January 16, 2009 at 9:00 a.m. be vacated and rescheduled for a status conference on Friday, March 6, 2009, at 9:00 a.m.

Defense requests that this case be continued for further review of discovery provided to AUSA.

It is further stipulated that the period from January 16, 2009, through and including March 6, 2009 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T-4 for continuity and preparation of counsel.

Respectfully submitted,

Dated: January 14, 2009

          /s/ Dwight M. Samuel
          DWIGHT M. SAMUEL
          Attorney for Defendant, Yi Niu

Dated: January 14, 2009

          /s/ Robin Taylor[1]
          ROBIN TAYLOR
          Assistant United States Attorney

IT IS SO ORDERED.

Dated:   January 16, 2009

GARLAND E. BURRELL, JR.
United States District Judge

---

[1] Signed per telephonic authorization.