DWIGHT M. SAMUEL (CA SB# 054486)
A Professional Corporation
117 J Street, Suite 202
Sacramento, California 95814-2282
916-447-1193

Attorney for Defendant
YI NIU,

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>YI NIU, )<br>)<br>Defendant, )<br>_____ ) | No. CR-S-08-537 GEB<br><br>STIPULATION AND<br>PROPOSED ORDER<br>CONTINUING STATUS<br>CONFERENCE<br>**AMENDED** |

    It is hereby stipulated and agreed to between Yi Niu, by and through counsel Dwight M. Samuel, and United States of America by and through, Robin Taylor, that the status conference presently set for Friday, June 19, 2009 at 9:00 a.m. be vacated and rescheduled for a status conference on Friday, July 17, 2009, at 9:00 a.m.

    Counsel is setting up an appointment to view evidence in the possession of the government and parties are engaging in negotiations.

    It is further stipulated that the period from **June 18, 2009**, through and including **July 17, 2009** be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T-4 for continuity and preparation of counsel.

Respectfully submitted,

Dated: June 17, 2009

/s/ Dwight M. Samuel
DWIGHT M. SAMUEL
Attorney for Defendant, Yi Niu

Dated: June 17, 2009

/s/ Robin Taylor[1]
ROBIN TAYLOR
Assistant United States Attorney

IT IS SO ORDERED.

Dated:   June 22, 2009

GARLAND E. BURRELL, JR.
United States District Judge

---

[1] Signed per telephonic authorization.