IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>YI NIU, a/k/a WILSON,<br><br>           Defendant. | 2:08-cr-00537-GEB<br><br>ORDER DENYING ADVANCE AUTHORIZATION FOR DEFENDANT'S CJA ATTORNEY TO PAY ANOTHER ATTORNEY FOR ADVICE |

      Defendant's attorney, appointed to represent Defendant under the Criminal Justice Act ("CJA attorney"), seeks $1,000.00 advance authorization so he could obtain unspecified advice from an immigration expert. Specifically, CJA attorney seeks authority to pay an immigration expert $200 per hour and to use that expert's services for five hours. It is unclear why the expert is needed for five hours. CJA attorney declares this consultation "is constitutionally necessary for due process and for a fair judgment and sentence." But CJA attorney has not shown that whatever information he seeks from the expert is required by the constitution. Further, CJA attorney failed to explain why he

1 | cannot find a consulting immigration expert who charges the same
2 | $110.00 per hour fee CJA attorney receives for his representation
3 | of Defendant.
4 |      For the stated reasons, the request is denied without
5 | prejudice.  Since the content of this Order does not need to be a
6 | confidential communication, the Order is filed on the public
7 | docket.
8 | Dated:  July 14, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge