DWIGHT M. SAMUEL (CA SB# 054486)
A Professional Corporation
117 J Street, Suite 202
Sacramento, California 95814-2282
916-447-1193

Attorney for Defendant
YI NIU

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-08-537 GEB |
| ) | |
| Plaintiff, ) | STIPULATION AND PROPOSED ORDER CONTINUING STATUS CONFERENCE |
| v. ) | |
| YI NIU, ) | |
| Defendant, ) | |
| _____) | |

    It is hereby stipulated and agreed to between Yi Niu, by and through counsel Dwight M. Samuel, and United States of America by and through, Robin Taylor, that the status conference presently set for Friday, August 28, 2009 at 9:00 a.m. be vacated and rescheduled for a status conference on Friday, October 16, 2009, at 9:00 a.m.

    Defendant has received a plea agreement. Defendant is a lawful resident of the United States and currently holds a valid green card. Counsel has recently obtained authorization for expert services to render a legal opinion on the effects of the plea agreement upon defendant's residency status. To date no report has been rendered and additional time is needed to interview the defendant with an interpreter and render a report.

    It is further stipulated that the period from August 28, 2009, through and including

October 16, 2009 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4 for continuity and preparation of counsel.

Respectfully submitted,

Dated: August 26, 2009

        /s/ Dwight M. Samuel
        DWIGHT M. SAMUEL
        Attorney for Defendant, Yi Niu

Dated: August 26, 2009

        /s/ Robin Taylor[1]
        ROBIN TAYLOR
        Assistant United States Attorney

IT IS SO ORDERED.

Dated:   August 27, 2009

GARLAND E. BURRELL, JR.
United States District Judge

---

[1] Signed per telephonic authorization.