DWIGHT M. SAMUEL (CA SB# 054486)
A Professional Corporation
117 J Street, Suite 202
Sacramento, California 95814-2282
DwightSamuelAtty@Yahoo.com
916-447-1193

Attorney for Defendant
YI NIU

# IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>                              Plaintiff, )<br><br>          v. )<br><br>YI NIU, )<br><br>                              Defendant, )<br>_____) | No. CR-S-08-537 GEB<br><br>STIPULATION AND<br>PROPOSED ORDER<br>CONTINUING STATUS<br>CONFERENCE |

It is hereby stipulated and agreed to between Yi Niu, by and through counsel Dwight M. Samuel, and United States of America by and through, Robin Taylor, that the status conference presently set for Friday, October 16, 2009 at 9:00 a.m. be vacated and rescheduled for a status conference on Friday, January 8, 2010, at 9:00 a.m.

Defendant, a lawful resident of the United States who currently holds a valid green card, has received a plea agreement. Counsel obtained authorization for expert services to render a legal opinion on the effects of the plea agreement upon defendant's immigration status. To date counsel has met with and received a preliminary report. A final report along with further discussions is expected.  Counsel request time to effect the aforesaid.

///

///

It is further stipulated that the period from October 16, 2009, through and including January 8, 2010 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4 for continuity and preparation of counsel.

Respectfully submitted,


Dated: October 14, 2009

/s/ Dwight M. Samuel
DWIGHT M. SAMUEL
Attorney for Defendant, Yi Niu

Dated: October 14, 2009


/s/ Robin Taylor[1]
ROBIN TAYLOR
Assistant United States Attorney


IT IS SO ORDERED.

Dated:   October 14, 2009

GARLAND E. BURRELL, JR.
United States District Judge

---

[1] Signed per telephonic authorization.