DWIGHT M. SAMUEL (CA SB# 054486)
A Professional Corporation
117 J Street, Suite 202
Sacramento, California 95814-2282
DwightSamuelAtty@Yahoo.com
916-447-1193

Attorney for Defendant
YI NIU

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                             )<br>                           Plaintiff,        )<br>                                                             )<br>             v.                                           )<br>                                                             )<br>YI NIU,                                               )<br>                                                             )<br>                          Defendant,       )<br>_____) | No. CR-S-08-537 GEB<br><br>STIPULATION AND PROPOSED ORDER CONTINUING STATUS CONFERENCE |

    It is hereby stipulated and agreed to between Yi Niu, by and through counsel Dwight M. Samuel, and United States of America by and through, Robin Taylor, that the status conference presently set for Friday, March 12, 2010 at 9:00 a.m. be vacated and rescheduled for Friday, March 26, 2010, at 9:00 a.m.

    A final plea agreement is anticipated to be forwarded soon.  Additional time is necessary to finalize the statement of facts. Defendant resides in Los Angeles and an interpreter is required to aid in any intelligent and informed decisions.

    It is further stipulated that the period from March 12, 2010, through and including March 26, 2010 be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4 for continuity and preparation of counsel.

Respectfully submitted,

Dated: March 10, 2010

                                /s/ Dwight M. Samuel
                                DWIGHT M. SAMUEL
                                Attorney for Defendant, Yi Niu

Dated: March 10, 2010

                                /s/ Robin Taylor[1]
                                ROBIN TAYLOR
                                Assistant United States Attorney

IT IS SO ORDERED.

Dated:   March 15, 2010

                                GARLAND E. BURRELL, JR.
                                United States District Judge

---

[1] Signed per telephonic authorization.